IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PABLO A. SALCEDO, | : | |
| Plaintiff | : | No. 1:19-cv-022O1 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| THE MILTON S. HERSHEY MEDICAL CENTER, | : | |
| | : | |
| Defendant | : | |

# **ORDER**

**AND NOW**, on this 14th day of May 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion for leave to file an amended complaint to add additional claims (Doc. No. 19) is **DENIED**. **IT IS FURTHER ORDERED THAT** the Court's stay of discovery issued May 11, 2021 is hereby **LIFTED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania