IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PABLO A. SALCEDO, | : | |
|     **Plaintiff** | : | No. 1:19-cv-02201 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| MILTON S. HERSHEY MEDICAL CENTER, | : | |
| | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 7th day of March 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Compel Discovery (Doc. No. 46) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. The motion is **GRANTED** to the extent that Defendant **SHALL PRODUCE**, within twenty-one (21) days of the date of this Order, the following discovery:

    - All discovery requested by Request for Discovery ("RFD") #48;

    - The "spider graphs" requested by RFD #61 and #62;

    - The December 2017 Clinical Competency Committee Milestone Review of Plaintiff in the format requested by RFD #69; and

    - Unredacted copies of the documents it previously produced in response to RFD #74;

    b. The motion is **DENIED** as to RFD #65, #70, #71, #72, and #73, and as to the handwritten notes requested by RFD #74;

2. Plaintiff's Motion to Determine the Sufficiency of Defendant's Answers and Objections to Requests for Admissions (Doc. No. 47) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. The motion is **GRANTED** to the extent that:

    - Request for Admission ("RFA") #1 is **DEEMED ADMITTED**; and

- Defendant **SHALL SERVE** amended answers to RFA #8, #11, and #12 within twenty-one (21) days of this Order;

  b.  The motion is **DENIED** as to RFA #3 and #6;

3. The parties' request for legal expenses under Federal Rule of Civil Procedure 37 are **DENIED**; and

4. A post-discovery telephone status call will be scheduled on April 19, 2023, at 11:30 a.m. Plaintiff's counsel shall initiate the call. The telephone number for the purposes of this call is (717) 221-3990.

            s/ Yvette Kane
            Yvette Kane, District Judge
            United States District Court
            Middle District of Pennsylvania